# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MARSHA LYNN YANDELL, and SCOTT ALEXANDER YANDELL,

    Plaintiffs,

v.                                                      Case No. 3:16-cv-1028-J-39MCR

IAN JAMES CHRISTENSEN, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court sua sponte. On November 8, 2016, Plaintiffs filed their Notice of Voluntary Dismissal with Prejudice as to Defendants Genester Wilson-King and Dan T. Tudor. (Doc. 31; Notice). Because Dan T. Tudor had previously answered the Complaint, but had not signed the Notice, the Court required Plaintiffs and Dan T. Tudor to file a properly executed stipulation of dismissal on or before December 19, 2016.[1] (November 29, 2016 Order). December 19, 2016 passed without the parties filing a proper notice of dismissal of Dan T. Tudor. Based on the parties' failure to respond to the Court's November 29, 2016 Order and Plaintiffs' expressed intent to dismiss Dan T. Tudor from this case, the Court cautioned the parties that it would dismiss Dan T. Tudor from this case with prejudice absent good cause shown by July

---

[1] The claims against Genester Wilson-King were dismissed with prejudice because she had not answered the Complaint.

28, 2017.[2] (Doc. 50; Order to Show Cause). The parties did not respond to the Court's Order to Show Cause by July 28, 2017.

Accordingly, it is hereby

**ORDERED:**

The claims against Dan T. Tudor are **DISMISSED with prejudice**.

**DONE** and **ORDERED** in Jacksonville, Florida this 7th day of August, 2017.

BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[2] On December 2, 2016, the copy of the Court's November 29, 2016 Order sent to Dan T. Tudor was returned as undeliverable with no new address provided.

- 2 -